DOC # 1
17 MISC 435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:
   RULE 6. CRIMINAL PROCEEDINGS OF
   THE RULES FOR THE DIVISION OF
   BUSINESS AMONG DISTRICT JUDGES
------------------------------------------------------------x

M10-468
ORDER

      On October 25, 2017, the Board of Judges of the Southern District of New York approved amendments to Rule 6. Criminal Proceedings of the Rules for the Division of Business Among District Judges. These amendments take effect on November 1, 2017. The amendments are as follows:

Rule 6. Criminal Proceedings

(e) Assignment of Superseding Indictments and Informations.
    ~~A superseding indictment or information will be assigned to the same judge to whom the original indictment or information was assigned.~~

    <u>An indictment or information designated by the grand jury or the United States Attorney as a superseding indictment or information will be assigned to the same judge to whom the original indictment or information was assigned and may not be reassigned from that judge except pursuant to the order of that judge or in the circumstances outlined in Rules 14 through 17. Any questions with respect to such designation as a superseding indictment or information shall be decided by that judge subject to appellate review where applicable. The judge may require the United States Attorney to explain in writing, either under seal or otherwise, the reasons for proceeding by superseding indictment or information before that judge rather than in another manner.</u>

    SO ORDERED.

_____
Colleen McMahon
Chief Judge

Dated: New York, New York
       November / , 2017